# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JENEEN CARTER-CHISM,**
Appellant,

v.

**JANE DOE,**
Appellee.

No. 4D21-2042

[August 25, 2021]

Appeal of order denying petition for injunction from protection against stalking from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE21-004169.

Jeneen Carter-Chism, Coral Springs, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

GROSS, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***